**Dana Harris STREETMAN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 35814.

Court of Criminal Appeals of Texas.

May 15, 1963.

No attorney on appeal, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Presiding Judge.

The offense is drunk driving; the punishment, 3 days in jail and a fine of $75.00.

The bail bond upon which the appellant is at large was approved and filed on the same day notice of appeal was given. Art. 830 Vernon's Ann.C.C.P. requires a recognizance on appeal. Hernandez v. State, Tex.Cr.App., 367 S.W.2d 675.

The appeal is dismissed.